UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

SHARON KAYE LUKE,

    **Plaintiff,**

v.

ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY,

    **Defendant.**

CIVIL ACTION NO. 5:20-275-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\*

The Court, having affirmed the decision of the Commissioner, hereby ORDERS and ADJUDGES as follows:

1. The plaintiff's motion for summary judgment (DE 10) is DENIED;

2. The defendant's motion for summary judgment (DE 12) is GRANTED;

3. The decision of the Commissioner is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence and decided by proper legal standards; and

4. This judgment is FINAL and APPEALABLE.

Dated June 03, 2021

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY